

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas for the Best Interest and Protection of S.S.

No. 06-24-00097-CV

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. M-12742). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the orders of the court below. We affirm the temporary orders of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 8, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk